**UNITED STATES of America,**
**Appellee,**

v.

**Cody John CANNON**, Appellant.

No. 06–2462.

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 6, 2007.

Filed: Dec. 20, 2007.

John S. Courter, U.S. Attorney's Office, Des Moines, IA, for Appellee.

Cody John Cannon, Des Moines, IA, pro se.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

Cody John Cannon pleaded guilty to possessing methamphetamine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A). The district court[1]

ed States Magistrate Judge for the District of Minnesota.

1. The Honorable Robert W. Pratt, Chief Judge, United States District Court for the

sentenced him to the statutory minimum of 120 months in prison, and 5 years of supervised release. On appeal, his counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). For the following reasons, we affirm.

The district court lacked authority to sentence Cannon below the 10–year statutory minimum. *See United States v. Gregg,* 451 F.3d 930, 937 (8th Cir.2006); *United States v. Chacon,* 330 F.3d 1065, 1066 (8th Cir.2003). Further, Cannon must pursue any ineffective-assistance claims in a proceeding under 28 U.S.C. § 2255. *See United States v. Hughes,* 330

Southern District of Iowa.

F.3d 1068, 1069 (8th Cir.2003). Finally, having reviewed the record under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we affirm the district court's judgment and we grant counsel's motion to withdraw on condition that counsel inform appellant about the procedures for filing petitions for rehearing and for certiorari.